UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES H.,

Plaintiff, Case No. 3:25-cv-316

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, District Judge Michael J. Newman
Magistrate Stephanie K. Bowman

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 12); (2) VACATING THE COMMISSIONER'S NON-DISABILITY FINDING; (3) MAKING NO FINDING AS TO WHETHER PLAINTIFF IS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; (4) REMANDING THIS MATTER UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g); AND (5) TERMINATING THIS CASE ON THE DOCKET**

---

This disability benefits appeal is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Stephanie K. Bowman (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Bowman recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be vacated and the case remanded to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g). Neither party has objected to the R&R, and the time for doing so has passed.

The Court has reviewed the comprehensive findings of the Magistrate Judge and concludes the R&R sets forth the applicable law and is well reasoned. Thus, the Court concludes a remand is warranted because of the ALJ's failure to properly assess the supportability of the state agency medical consultants' opinions. *See* 20 C.F.R. § 416.920c(b)(2).

Accordingly, it is hereby **ORDERED** that: (1) the R&R is **ADOPTED**; (2) the ALJ's non-disability finding is **VACATED**; (3) no finding is made as to whether Plaintiff was, or was not, under a "disability" within the meaning of the Social Security Act at the time here in question; (4) this case is **REMANDED** to the Commissioner under **SENTENCE FOUR** of 42 U.S.C. § 405(g) for proceedings consistent with the Magistrate Judge's R&R and this Order; and (5) this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

August 25, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge